ANDREW M. HITCHINGS, ESQ. (SBN: 154554)
KANWARJIT S. DUA, ESQ. (SBN. 214591)
Somach, Simmons & Dunn
813 Sixth Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 446-7979
Fax: (916) 446-8199
E-mail: kdua@lawssd.com

Attorneys for Defendant E.P. Jarrett Foundation Co., Inc.

ANDREW L. PACKARD, ESQ. (SBN: 168690)
MICHAEL P. LYNES, ESQ. (SBN: 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

MICHAEL R. LOZEAU, ESQ. (SBN: 142893)
DOUGLAS J. CHERMAK, ESQ. (SBN: 233382)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, California 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

Attorneys for Plaintiff California Sportfishing Protection Alliance

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>             Plaintiff,<br><br>      vs.<br><br>E.P. JARRETT FOUNDATION COMPANY, INC.;<br><br>             Defendant. | **Case No. 2:07−CV−01025−LKK−GGH**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND INITIAL DISCLOSURES**<br><br>Conference Date: August 27, 2007<br>Time:  1:30 p.m.<br>Courtroom:  Courtroom 4<br>Judge:  Hon. Lawrence K. Karlton |

1  WHEREAS, the Status Conference in the above-captioned case is scheduled to be held on
2  August 27, 2007 and the parties' respective initial disclosures are due on or before August 30,
3  2007;

4  WHEREAS, the parties are engaged in a settlement negotiations and fully anticipate that
5  this matter will be resolved on or before September 21, 2007;

6  WHEREAS, the parties have agreed that in the spirit of cooperation and interests of
7  judicial economy that an extension of time within which to serve initial disclosures and a
8  continuation of the parties' Joint Status Conference is appropriate;

9  THEREFORE, IT IS HEREBY STIPULATED by and between the parties that service of
10 initial disclosures be extended until September 26, 2007 and the Joint Status Conference be
11 continued until October 9, 2007 at 2:00 p.m..

Respectfully submitted,

Dated: August 21, 2007        SOMACH, SIMMONS & DUNN LLP


                              By:    /s/ Kanwarjit S. Dua
                                     Kanwarjit S. Dua
                                     **Attorney for Defendant**
                                     E.P. JARRETT FOUNDATION COMPANY, INC.


Dated: August 21, 2007        LAW OFFICES OF ANDREW L. PACKARD


                              By:    /s/ Andrew L. Packard (as authorized on 8/21/07)
                                     Andrew L. Packard
                                     Michael P. Lynes
                                     **Attorneys for Plaintiff**
                                     CALIFORNIA SPORTFISHING
                                     PROTECTION ALLIANCE


IT IS HEREBY ORDERED:

Dated: August 22, 2007.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

STIPULATION TO CONTINUE STATUS CONFERENCE/INITIAL DISCLOSURES        Case No. 2:07-CV-01025-LKK-GGH
-2-