ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA  94952
Tel:  (707) 763-7227
Fax:  (707) 763-9229
Email:  andrew@packardlawoffices.com

MICHAEL R. LOZEAU (CA Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel:  (510) 749-9102
Fax: (510) 749-9103
Email:  mrlozeau@lozeaulaw.com

Attorneys for Plaintiff CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>E.P. JARRETT FOUNDATION COMPANY, INC., a corporation.<br><br>Defendant. | Case No.  2:07−CV−01025-LKK-GGH<br><br>**STIPULATION FOR DISMISSAL**<br><br>**ORDER TO DISMISS**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

1      WHEREAS, on March 19, 2007, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant E.P. Jarrett Foundation Company ("E.P. Jarrett") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act §505, 33 U.S.C. §1365.

      WHEREAS, on May 30, 2007 CSPA filed its Complaint against E.P. Jarrett in this court, *California Sportfishing Protection Alliance v. E.P. Jarrett Foundation Co.*, Case No. 2:07−CV−01025-LKK-GGH.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

      WHEREAS, CSPA and E.P. Jarrett, through their authorized representatives and without either adjudication of CSPA's claims or admission by E.P. Jarrett of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the [Proposed] Consent Agreement entered into by and between CSPA and E.P. Jarrett is attached hereto as Exhibit A and incorporated by reference.

      WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed.  On February 8, 2008, the U.S. Department of Justice filed its letter expressing no objection to the proposed agreement with this Court.

      NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with paragraphs 15 and 20 of the Consent Agreement, the parties also request that this Court retain and have jurisdiction over the Parties with respect to disputes arising under the agreement.

| | |
|---|---|
| Date: February 13, 2008 | LAW OFFICES OF ANDREW L. PACKARD |
| | /s/ Michael P. Lynes |
| | Michael P. Lynes |
| | Attorneys for Plaintiff |
| | CALIFORNIA SPORTFISHING |
| | PROTECTION ALLIANCE |
| | |
| Date: February 13, 2008 | SOMACH SIMMONS & DUNN LLP |
| | /s/ Kanwarjit S. Due |
| | Kanwarjit S. Dua |
| | Attorneys for Defendant |
| | E.P. JARRETT FOUNDATION COMPANY |
| | [*Electronically signed with authorization from counsel*] |

### ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against E.P. Jarrett Foundation Company as set forth in the Notice and Complaint filed in Case No. 2:07−CV−01025-LKK-GGH, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the agreement attached to the parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

Dated: February 15, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT